

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-29,351-11

### IN RE JIM HERBERT HAMILTON, JR., Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 876248-A IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends, among other things, that he filed an application for a writ of habeas corpus in the 262nd District Court of Harris County and that Respondent, Judge of the 262nd District Court, has not ruled on his motion to suspend Rule of Appellate Procedure 73.1(d).

Respondent shall file a response with this Court and state whether Relator has filed a motion to suspend Rule of Appellate Procedure 73.1(d); if so, whether it was properly filed; when it was filed; and whether Respondent has ruled on his motion. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will

be held in abeyance until Respondent has submitted a response.

Filed: December 20, 2017
Do not publish